THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Johnnie R.
 Frazier, Appellant.
 
 
 
 
 

Appeal From Lexington County
  James W. Johnson, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-391
 Submitted August 2, 2010  Filed August
25, 2010

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for
 Respondent.
 
 
 

PER CURIAM:  Johnnie R. Frazier appeals his convictions for
 first-degree burglary, armed robbery, and possession of a weapon during the
 commission of a violent crime.  On appeal, Frazier argues the trial court erred
 in denying his motion to suppress a book bag and its contents because the
 search and seizure were illegal.  After a thorough review of the record, counsel's brief, and Frazier's
 pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., KONDUROS and LOCKEMY, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.